IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iwona Marcinkiewicz,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Coram Alternate Site Services Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-23-00249-PHX-DJH<br><br>**ORDER** |

　　　The Court having reviewed the parties' Stipulation of Dismissal (Doc. 18), filed on May 13, 2024,

　　　**IT IS ORDERED** that the Stay in this matter is **lifted** and the Stipulation of Dismissal (Doc. 18) is **approved**. This action is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

　　　Dated this 13th day of May, 2024.

　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge